**UNPUBLISHED**

# UNITED STATES COURT OF APPEALS
## FOR THE FOURTH CIRCUIT

**No. 16-7716**

REGINALD U. FULLARD,

       Plaintiff - Appellant,

    v.

TWANDA STALEY; DEPARTMENT OF SOCIAL SERVICES; FORSYTH CHILD SUPPORT ENFORCEMENT; FORSYTH COUNTY DISTRICT COURT DIVISION,

       Defendants - Appellees.

Appeal from the United States District Court for the Middle District of North Carolina, at Greensboro.  Loretta Copeland Biggs, District Judge.  (1:15-cv-00016-LCB-JLW)

Submitted:  April 25, 2017                           Decided:  April 28, 2017

Before MOTZ, DUNCAN, and AGEE, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Reginald U. Fullard, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Reginald U. Fullard appeals the district court's order accepting the recommendation of the magistrate judge and dismissing his 42 U.S.C. § 1983 (2012) complaint under 28 U.S.C. § 1915A(b) (2012). We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Fullard v. Staley*, No. 1:15-cv-00016-LCB-JLW (M.D.N.C. Nov. 29, 2016). We deny Fullard's motion for a transcript at government expense and dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*